UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24737-UNGARO-O'SULLIVAN

EILEEN M. LEDET,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court following an informal discovery conference on March 8, 2019. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the deposition of the defendant's Rule 30(b)(6) corporate representative shall take place on **Tuesday, April 2, 2019**. The corporate representative will be permitted to review purportedly privileged documents during the deposition in order to refresh his or her recollection without a waiver of privilege. It is further

ORDERED AND ADJUDGED that the inspection of the vessel shall take place on **Saturday, March 23, 2019**. It is further

ORDERED AND ADJUDGED that in response to Interrogatory No. 9, the defendant shall provide information concerning prior incidents for any public restrooms on the M/S "Carnival Valor" and for the sister ships any public restroom with similar

flooring. It is further

ORDERED AND ADJUDGED that in response to Interrogatories No. 11, the defendant shall respond or provide a privilege log if it intends to assert a privilege. It is further

ORDERED AND ADJUDGED that in response to Interrogatory No. 12, the defendant shall provide the information requested for the restroom where the plaintiff fell and for the other restrooms on the M/S "Carnival Valor" if there was a change in flooring as a result of an accident. It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 40, the defendant shall provide the requested information for all of the restrooms on the M/S "Carnival Valor." It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 41, the defendant shall provide the requested information regarding the floor surface and any equipment or plumbing that was replaced as a result of water leakage. It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 43, the defendant shall provide the requested information limited to the three months before the incident through the end of the subject voyage. It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 45, the defendant shall provide the requested information and may redact the information that does not pertain to the plaintiff's accident. It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 55, the defendant shall provide the requested information limited to water on the floor surface. It is further

ORDERED AND ADJUDGED that in response to Request for Production No. 57, the defendant shall provide the requested information for monthly meetings. It is further

ORDERED AND ADJUDGED that the defendant shall respond to Request for Production No. 68. In response to 68(g), it is sufficient for the defendant to provide the case number.  If the defendant intends to assert a work product privilege or an attorney client privilege, the defendant shall provide a privilege log. It is further

ORDERED AND ADJUDGED that the defendant shall respond to Request for Production No. 87, limited to this incident or water in the subject restroom. It is further

ORDERED AND ADJUDGED that the defendant shall respond to Request for Production No. 95 as it relates to the floor surface, water and plumbing. It is further

ORDERED AND ADJUDGED that the defendant shall respond to Request for Production Nos. 94 and 98. It is further

ORDERED AND ADJUDGED that unless otherwise noted, the relevant time period for the defendant's responses to the Interrogatories and Requests for Production referenced in this Order is three years before the filing of the lawsuit to the present. It is further

ORDERED AND ADJUDGED that the defendant shall attempt to provide better responses to the Interrogatories and Requests for Production as required by this Order and provide verification for the interrogatories previously provided by **Monday, March 18, 2018**. If the defendant cannot provide the information  by that date, the defendant shall provide the information by **Friday, March 22, 2018**.

DONE AND ORDERED, in Chambers at Miami, Florida, this **8th** day of March, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE