UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24737-UNGARO-O'SULLIVAN

EILEEN M. LEDET,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference on April 25, 2019. Having heard from both parties and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the plaintiff shall review the deposition of the defendant's Rule 30(b)(6) corporate representative, Monica Petisco, and on or before **Tuesday, April 30, 2019**, shall provide citations to the defendant of instances where Ms. Petisco testified that she needed to look further into an area. The defendant shall prepare Ms. Petisco for a follow-up deposition where Ms. Petisco shall respond to questions concerning these areas. Unless otherwise agreed to by the parties, the deposition of Ms. Petisco shall take place on **Tuesday, May 7, 2019** at **6:00 PM** at the plaintiff's counsel's office. It is further

ORDERED AND ADJUDGED that **within forty-eight (48) hours**, the defendant shall produce the statement/report from the plumber and the incident report (and any

other documents which were shared with the Coast Guard) because the work product privilege either does not apply or has been waived for the reasons stated on the record. It is further

ORDERED AND ADJUDGED that if there are any prior incidents that took place in the subject bathroom, the defendant shall provide those photographs. It is further

ORDERED AND ADJUDGED the defendant shall review its response to Request to Produce No. 57. If the defendant's response does not comport with the representations made by the defendant's counsel in Court, the defendant shall amend its response. It is further

ORDERED AND ADJUDGED that on or before **Tuesday, April 30, 2019**, the plaintiff shall identify up to fifteen (15) work orders the plaintiff would like to question Ms. Petisco about and may ask Ms. Petisco about those work orders and the general plumbing of the ship during her follow-up deposition.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **25th** day of April, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE